IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DONALD ROBOHM and NATALIE ROBOHM　　　　　　　　　　　　PLAINTIFFS

VS.　　　　　　　　　　　　　　　　　　CAUSE NO: 1:08CV490-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY;
and STATE FARM JOHN DOES, One through Fifteen　　　　　　　DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY

**TO:** Counsel

Please take notice that the Defendant, State Farm Fire and Casualty Company, has this day filed with the clerk of the court, this Notice of Service of Discovery and, simultaneously therewith, forwarded to counsel as above shown copies of:

1.　　Third Supplemental Core Disclosures.

The undersigned counsel of record retains the originals of these discovery requests as custodian thereof pursuant to local court rule.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　STATE FARM FIRE & CASUALTY COMPANY

　　　　　　　　　　　　　　　　　　　HICKMAN, GOZA & SPRAGINS, PLLC
　　　　　　　　　　　　　　　　　　　Attorneys at Law
　　　　　　　　　　　　　　　　　　　Post Office Drawer 668
　　　　　　　　　　　　　　　　　　　Oxford, MS 38655-0668
　　　　　　　　　　　　　　　　　　　(662) 234-4000

　　　　　　　　　　　　　　　　　　　*/s/ H. Scot Spragins*
　　　　　　　　　　　　　　　　　　　H. SCOT SPRAGINS, MSB # 7748

## CERTIFICATE OF SERVICE

I, **H. SCOT SPRAGINS**, one of the attorneys for the Defendant, **STATE FARM FIRE & CASUALTY COMPANY**, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

DATED, September 29, 2009

*/s/ H. Scot Spragins*
**H. SCOT SPRAGINS**

H. SCOT SPRAGINS, MSB # 7748
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000