AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Donald and Natalie Robohm )
*Plaintiff*                )
v.                         )  Civil Action No. 1:08cv490 LTS/RHW
                           )
State Farm Fire and Casualty Company )  (If the action is pending in another district, state where:
*Defendant*                )  Southern District of Mississippi

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES**

To: Federal Emergency Management Agency (FEMA), c/o Regional Administrator
3003 Chamblee Tucker Road, Atlanta, GA 30341

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all records, in any format, photographs, estimates, appraisals, etc., pertaining to the property of Donald and Natalie Robohm, 423 East Beach Drive, Ocean Springs, Mississippi, for damages resulting from Hurricane Katrina which occurred on or about August 29, 2005.

| Place: Hickman, Goza & Spragins, P.O. Drawer 668, 1305 Madison Avenue, Oxford, MS 38655 | Date and Time: 10/29/2009 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 10/13/2009

*CLERK OF COURT*                                OR  [signature]

*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
State Farm Fire and Casualty Company                , who issues or requests this subpoena, are:
H. Scot Spragins, Attorney at Law, P.O. Drawer 668, Oxford, MS 38655; 662-234-4000
sspragins@hickmanlaw.com; mwheeler@hickmanlaw.com

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Federal Emergency Management Agency, c/o Regional Admin.
was received by me on *(date)* 10/13/09 .

☐ I personally served the subpoena on the individual at *(place)*
                                                                                  on *(date)*                  ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)*
                                                    , a person of suitable age and discretion who resides there,
on *(date)*                  , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)*                                                       , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                                  on *(date)*                  ; or

☐ I returned the subpoena unexecuted because                                                                  ; or

☐ other *(specify)*:

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Federal Emergency Management Agency (FEMA)
c/o Regional Administrator
3003 Chamblee Tucker Road
Atlanta, GA 30341

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name) Bruce Jackson    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number *(Transfer from service label)*  7008 1830 0005 0382 6733

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $                for travel and $                for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/22/09

_____Tricia Parker_____
Server's signature

_____Tricia Parker, Paralegal_____
Printed name and title

_____1305 Madison Avenue, Oxford MS_____
Server's address

Additional information regarding attempted service, etc: