IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DONALD ROBOHM and
NATALIE ROBOHM,

                                                                                                                                          **PLAINTIFFS**

**VERSUS**                                   **CIVIL ACTION NO.: 1:08CV490-LTS-RHW**

**STATE FARM FIRE & CASUALTY COMPANY; STATE
FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
and STATE FARM JOHN DOES, One through Fifteen**       **DEFENDANTS**

<u>PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES</u>

COME NOW the plaintiffs, Donald Robohm and Natalie Robohm, by and through their attorneys, Luckey & Mullins, PLLC, and hereby designate the following persons as expert witnesses who may be called to testify at the trial of this matter.

        Ted L. Biddy
        2308 Clara Kee Boulevard
        Tallahassee, FL 32303
        (850) 536-0928

Mr. Biddy is a civil engineer. The substance of his opinions and the grounds therefore are contained in his report which is being served contemporaneously herewith on opposing counsel, along with his curriculum vitae, fee schedule, and a list of cases in which he has testified within the last four years. This information was previously provided to Defendant in Plaintiffs' Responses to State Farm's Interrogatories on July 14, 2009.

Stephen Wistar and/or
Joseph Sobel
ACCUWEATHER
385 Science Park Road
State College, PA 16803
(814) 235-8626

Mr. Wistar and Mr. Sobel are meteorologists. Their opinions are contained in the report being served contemporaneously herewith on opposing counsel, along with their curriculum vitae, fee schedule, and a list of cases in which they have testified within the last four years. As meteorologists, they/he will be expected to testify concerning the facts and contents of their/his report. This information was previously provided to Defendant in Plaintiffs' Responses to State Farm's Interrogatories on July 14, 2009.

The reports, curriculum vitae and brief description of the testimony of these two (2) expert witnesses was provided to State Farm along with Plaintiffs' Responses to Interrogatories in July of 2009, six months ago. However, due to computer and clerical error, a formal Designation was not filed into the ECF docket. This was brought to the attention of counsel and this Designation is presented to the Court.

State Farm has scheduled the depositions of each of these expert witnesses and issued a subpoena to Ted Biddy (engineer).

There is no new information to provide to the Defendant relative to these expert witnesses and the filing of this Designation is only a formality of information and disclosure previously made to the Defendant. Please refer to Plaintiffs' Response to Interrogatories attached as Exhibit 'A'.

Plaintiffs believe that no prejudice is caused to State Farm by the filing of this

Designation of Expert Witnesses.

    This, the 11th day of December, 2009.

                                      Respectfully submitted,

                                      LUCKEY & MULLINS, PLLC
                                      Attorneys for Plaintiffs

                                      By:  /s/Stephen W. Mullins
                                      STEPHEN W. MULLINS (MSB #9772)

## CERTIFICATE OF SERVICE

    I, Stephen W. Mullins, counsel for Plaintiffs, do hereby certify that I have this day electronically filed the foregoing with the Clerk of this Court using the ECF system which sent notification of such filing to all Counsel of Record in this Court.

    This, the 11th day of December, 2009.

                                                    /s/Stephen W. Mullins
                                                  STEPHEN W. MULLINS