IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD ROBOHM and NATALIE ROBOHM**                                       **PLAINTIFFS**

**VERSUS**                                                **CAUSE NO.  1:08-CV-490-LTS-RHW**

**STATE FARM FIRE & CASUALTY COMPANY;**
**and STATE FARM JOHN DOES, One through Fifteen**                **DEFENDANTS**

### ENTRY OF APPEARANCE

**COMES NOW** Woodrow W. Pringle, III, and enters his appearance on behalf of the Plaintiffs for purposes of the Motion to Enforce Settlement Agreement.

**RESPECTFULLY SUBMITTED** this the 11th May, 2010.

*/s/Woodrow W. Pringle, III*
WOODROW W. PRINGLE, III

**CERTIFICATE OF SERVICE**

I, hereby certify that on 11th day of May, 2010, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court and to H. Scot Scragins, Esquire, using the ECF system, and I hereby certify that I have mailed by United States Postal Services the document to the following non-ECF participants:  None.

/s/Woodrow W. Pringle, III
WOODROW W. PRINGLE, III

WOODROW W. PRINGLE, III
ATTORNEY AT LAW
MS. BAR NO. 4513
2217 PASS ROAD
GULFPORT, MISSISSIPPI 39501
(228) 868-8355 (PHONE)
(228) 868-8355 (FAX)