IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DONALD ROBOHM and
NATALIE ROBOHM,                                                    PLAINTIFFS

VERSUS                              CIVIL ACTION NO.: 1:08CV490-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY; STATE
FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
and STATE FARM JOHN DOES, One through Fifteen         DEFENDANTS

## MOTION TO ALLOW WITHDRAWAL OF COUNSEL

COMES NOW, Alwyn H. Luckey of the law firm of Luckey & Mullins, PLLC, representing the Plaintiffs, Donald Robohm and Natalie Robohm, and moves this Court to allow him and the firm of Luckey & Mullins, PLLC, to withdraw as counsel for Plaintiffs in this matter, and in support of said Motion would show unto this Honorable Court as follows, to-wit:

I.

Alwyn H. Luckey and Stephen W. Mullins of the law firm of Luckey & Mullins, PLLC, are the attorneys of record for Plaintiffs in the above-styled case.

II.

As the Court is aware there is an apparent conflict. Mr. and Mrs. Robohm have obtained new counsel, namely Honorable Woodrow Pringle, III, who has entered his appearance in this matter.

III.

1

Allowing the proposed withdrawal will not prejudice any party in this matter. Mr. and Mrs. Robohm are aware of this conflict, our request to withdraw as counsel and have been provided a copy of this Motion.

WHEREFORE, Luckey & Mullins, PLLC, hereby requests permission to allow Alwyn H. Luckey and his firm to withdraw as counsel of record for the Plaintiffs.

RESPECTFULLY SUBMITTED this, the 11th day of May, 2010.

LUCKEY & MULLINS, PLLC
Counsel for Plaintiffs


BY:    /s/ Alwyn H. Luckey
              ALWYN H. LUCKEY

ALWYN H. LUCKEY (MS Bar #1488)
STEPHEN W. MULLINS (MS Bar #9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Boulevard, Suite 102  (39564)
P. O. Box 990
Ocean Springs, MS   39566-0724
(228)875-3175 - Telephone
(228)872-4719 - Facsimile

## CERTIFICATE OF SERVICE

I, Alwyn H. Luckey, do hereby certify that I have this day electronically filed the foregoing with the Clerk of this Court using the ECF system which sent notification of such filing to all Counsel of Record in this Court.

THIS, the 11th day of May, 2010.

      /s/Alwyn H. Luckey
      ALWYN H. LUCKEY