IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DONALD ROBOHM and NATALIE ROBOHM                  PLAINTIFFS

VS.                  CAUSE NO: 1:08CV490-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY;
and STATE FARM JOHN DOES, One through Fifteen                  DEFENDANTS

## ORDER ON MOTION TO ENFORCE AND DISMISSAL

Before the Court is the Motion to Enforce a settlement agreement filed by State Farm Fire & Casualty Company. On June 30, 2010, Magistrate Walker conducted a hearing on said motion at which time the parties were granted an opportunity to present relevant evidence touching on said motion. Thereafter, the parties were allowed an opportunity to submit proposed Findings of Fact and Conclusions of Law. On September 30, 2010, Magistrate Walker submitted his Report and Recommendation to the undersigned. More than 14 days have since elapsed and no objections to the Report and Recommendations have been filed.

Upon consideration of the motion, the evidence submitted at the hearing and the Magistrate's Report and Recommendation, the Court finds no plain error and ADOPTS the findings of fact and conclusions of law contained in the Report and Recommendation. The parties have reached a compromised settlement of any and all claims which may exist as a result of Katrina-related claims. The terms of that agreement are reflected by the Release referenced in the Magistrate's Report and Recommendation.

It is therefore, ORDERED that State Farm Fire & Casualty Company shall tender the settlement proceeds, less those amounts assessed the plaintiffs, within five (5) days of this Order, along with the referenced Release. The plaintiffs shall execute the Release (without further additions

or changes) within 14 days of receipt and shall not negotiate any tendered funds until such time the fully executed release is returned to State Farm Fire & Casualty Company.

This being the sole remaining unresolved issue, this case and all its claims be and are hereby DISMISSED, with prejudice.  The Court shall retain jurisdiction to take such action to ensure that the letter and spirit of this and other orders of the court are properly enforced.

Each party will bear its own costs.

SO ORDERED, this the 2nd day of November, 2010.

                               s/ L. T. Senter, Jr.
                               L. T. SENTER, JR.
                               SENIOR JUDGE

Approved as to form by:

*s/ Woodrow W. Pringle, III*
WOODROW W. PRINGLE, III, MSB#4513
Current Attorney for Plaintiffs

*s/ Stephen Mullins*
STEPHEN MULLINS, MSB#9772
Prior Attorney for Plaintiffs

*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant, State Farm Fire &
Casualty Company