IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DONALD ROBOHM and NATALIE ROBOHM                                    PLAINTIFFS

VS.                                                    CAUSE NO: 1:08CV490-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY;
and STATE FARM JOHN DOES, One through Fifteen                       DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come on this day on the Joint Motion of Dismissal and the Court, being informed that the parties hereto have reached a settlement agreement, is of the opinion that the Joint Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this cause should be, and the same is hereby, dismissed with prejudice and with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 16th day of November, 2010.

                                                          s/ L. T. Senter, Jr.
                                                          L. T. SENTER, JR.
                                                          SENIOR JUDGE

Approved as to form by:

*s/ Stephen Mullins*
STEPHEN MULLINS, MSB#9772
Attorney for Plaintiffs

*s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Attorney for Defendant, State Farm Fire &
Casualty Company